841 A.2d 1034

## In the Matter of A. Claudia JOHNSON.

**Petition for Reinstatement.**

**No. 862 Disciplinary Docket No. 2.**

Supreme Court of Pennsylvania.

Dec. 29, 2003.

## *ORDER*

PER CURIAM:

AND NOW, this 29th day of December, 2003, upon consideration of the Report and Recommendations of the Disciplin-

ary Board of the Supreme Court of Pennsylvania dated October 20, 2003, the Petition for Reinstatement is GRANTED.

Pursuant to Rule 218(e), Pa.R.D.E., petitioner is directed to pay the expenses incurred by the Board in the investigation and processing of the Petition for Reinstatement.